IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
**3:09-CV-220-GCM**

| | |
|---|---|
| JEREMY MAYFIELD, *et al*, ) | |
| Plaintiffs, ) | |
| v. ) | **ORDER GRANTING** |
| ) | **ADMISSION PRO HAC VICE** |
| NATIONAL ASSOCIATION FOR STOCK ) | |
| CAR AUTO RACING, INC., et al, ) | |
| Defendants. ) | |

**THIS MATTER IS BEFORE THE COURT** upon the motion of Defendant, National Association of Stock Car Auto Racing, Inc., et al, to allow **Helen Maher** to appear *Pro Hac Vice*, dated June 2, 2009 [doc #2].

Upon careful review and consideration, this Court will grant the Application.

In accordance with Local Rule 83.1 (B), the Court notes that Ms. Maher has paid the admission fee of Two Hundred Fifty ($250.00) Dollars to the Clerk of Court.

**IT IS SO ORDERED.**

Signed: June 9, 2009

Graham C. Mullen
United States District Judge