IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
**3:09-CV-220-GCM**

JEREMY A. MAYFIELD, *et al*, )
    Plaintiffs, )
v. ) **ORDER GRANTING**
) **ADMISSION PRO HAC VICE**
NATIONAL ASSOCIATION FOR )
STOCK CAR AUTO RACING, INC., *et al*, )
    Defendants. )

**THIS MATTER IS BEFORE THE COURT** upon the motion of Defendant, National Association for Stock Car Auto Racing, Inc., to allow **Olav A. Haazen** to appear *Pro Hac Vice*, dated June 17, 2009 [doc #14].

Upon careful review and consideration, this Court will grant the Application.

In accordance with Local Rule 83.1 (B), the Court notes that Mr. Haaen has paid the admission fee of Two Hundred Fifty ($250.00) Dollars to the Clerk of Court.

**IT IS SO ORDERED.**

Signed: June 18, 2009

Graham C. Mullen
United States District Judge