IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:09-CV-220-GCM

| | |
|---|---|
| JEREMY A. MAYFIELD, ) | |
| Plaintiff, ) | |
| v. ) | ORDER GRANTING |
| ) | ADMISSION PRO HAC VICE |
| NATIONAL ASSOCIATION FOR STOCK ) | |
| CAR AUTO RACING, INC., *et al*, ) | |
| Defendants. ) | |
| ) | |

**THIS MATTER** is before the Court upon the motion of Defendant to allow **Jack A. Wilson** to appear *Pro Hac Vice*, dated June 22, 2009 [doc. #18].

Upon careful review and consideration, this Court will grant the Application.

In accordance with Local Rule 83.1 (E), the Court notes that Mr. Wilson has paid the admission fee of Two Hundred Fifty ($250.00) Dollars to the Clerk of Court.

**IT IS SO ORDERED.**

Signed: June 29, 2009

Graham C. Mullen
United States District Judge