# EXHIBIT 1

# National Association for Stock Car Auto Racing, Inc.

BILL FRANCE, SR.*
Founder

BILL FRANCE*
Chairman Emeritus

CHARLES D. STRANG
National Commissioner

BRIAN FRANCE
Chairman of the Board &
Chief Executive Officer

JAMES C. FRANCE
Vice Chairman of the Board,
Executive Vice President & Secretary

BETTY JANE FRANCE
Assistant Secretary &
International Community Relations Director

LESA KENNEDY
Vice Chairman of the Board,
Executive Vice President & Assistant Treasurer

MIKE HELTON
President

PAUL BROOKS
Senior Vice President / NASCAR &
President, NASCAR Media Group

ROBIN PEMBERTON
Vice President, Competition

STEVE O'DONNELL
Vice President, Racing Operations

JIM HUNTER
Vice President, Corporate Communications

DORIS RUMERY
Vice President, Finance

STEVE PHELPS
Chief Marketing Officer

JIM O'CONNELL
Vice President, Corporate Marketing

BRAD BALL
Vice President, Entertainment & Marketing

ROBBIE WEISS
Vice President of Broadcasting

ED BENNETT
Vice President, Corporate Administration &
Chief Administrative Officer

PAULA MILLER
Vice President of Human Resources
& Organizational Development

TOM BLEDSOE
Treasurer

GARY CROTTY
Secretary & General Counsel

TODD WILSON
Chief Financial Officer

GARY SMITH
Director of Event Logistics

JIM CASSIDY
Managing Director, Racing Operations

JOHN DARBY
Director, NASCAR Sprint Cup Series

JERRY COOK
Competition Administrator

DAVID HOOTS
Managing Event Director

MASON VINCENT
Director of Timing & Scoring

STEVE LOWERY
KYLE McKINNEY
Chief Scorers

MIKE FISHER
Managing Director, Research & Development

BRETT BODINE
Director, Cost Research

GEORGE SILBERMANN
Managing Director, Racing Operations

DONNA HADZEWYCZ
Director, Administration

RAMSEY POSTON
Managing Director, Corporate Communication

KERRY THARP
Director of Communications - Competition

HERBERT BRANHAM
Director, Strategic Writing Communications /
Managing Editor, NASCAR Insider Magazine

JOSH HAMILTON
Senior Coordinator of PR Services

DENISE MALOOF
Manager, Print Communications

JENNIFER POWELL
Senior Manager, Broadcast Communications

*Deceased

Copyright 1969 through 2009 by
National Association for
Stock Car Auto Racing, Inc.
P.O. BOX 2875
DAYTONA BEACH, FL 32120-2875
RB 1/1/2009

2

# NASCAR
# FOREWORD

For over sixty years, NASCAR has endeavored to make stock car racing highly competitive, affordable and entertaining for racing fans and competitors. One of the tools that we use for this purpose is the NASCAR Rule Book, which contains the rules and procedures governing NASCAR-sanctioned racing.

In 2009, the NASCAR Rule Book has been revised in several respects. We urge you to study carefully the new Rule Book, in order to be familiar with these revisions as well as those rules that have not changed.

Every organization, to be successful, must have good rules and fair enforcement. We believe that the 2009 NASCAR Rule Book achieves the first of these objectives. Throughout the year, NASCAR Officials will use their best efforts to accomplish the second.

Worldwide interest in NASCAR racing has experienced tremendous growth in recent years. In fact, NASCAR racing today is considered the most competitive form of motorsports in the world.

Close, side-by-side competition among various makes of cars is the foundation for NASCAR's tremendous fan support. NASCAR is therefore committed to maintaining this type of competition among various makes of cars.

The NASCAR Rule Book is designed to continually promote better competition while attempting to minimize the costs of participation.

In keeping with NASCAR's commitment to maintaining proper balance in the competition arena, it may be necessary for NASCAR to make rule changes and/or rule modifications from time to time. Such changes are designed to enhance close competition. NASCAR's goal of a full starting field of various car makes in each Race that are as equally matched as possible is certainly in the overall best interest of the sport.

This is what NASCAR has strived for in the past and will continue to strive for in the future.

We at NASCAR wish all of you a successful and rewarding year of racing.

BRIAN FRANCE
Chairman of the Board &
Chief Executive Officer

# TABLE OF CONTENTS

|  | Section | Page |
|---|---|---|
| The NASCAR Rules | 1 | 8 |
| Membership | 2 | 9 |
| Licenses | 3 | 10 |
| Injury Reports | 4 | 14 |
| Sanctioned Events | 5 | 14 |
| Safety | 6 | 14 |
| Entries | 7 | 15 |
| Inspections and Eligibility | 8 | 17 |
| Race Procedure | 9 | 19 |
| Race Procedure (Flag Rules) | 10 | 25 |
| Timing and Scoring | 11 | 27 |
| Violations and Disciplinary Action | 12 | 28 |
| Protests | 13 | 29 |
| Appeals to the National Stock Car Racing Commission | 14 | 30 |
| National Commissioner | 15 | 32 |
| Prize Money | 16 | 33 |
| Points and Point Funds | 17 | 33 |
| Federation Internationale de l'Automobile | 18 | 36 |
| NASCAR Sprint Cup Series Specifications | 20 | 37 |
| NASCAR Sprint Cup Series Construction Guidelines | 20 | 105 |
| NASCAR Sprint Cup Series Car Requirements Index | -- | 141 |

# PREFACE

A NASCAR-sanctioned Event is a competitive stock car racing Event which is intended to be conducted and officiated in accordance with this Rule Book. This Rule Book may be amended from time to time. Special rules may be published by NASCAR specifically for the Event and any applicable agreements to which NASCAR is a party may also apply. The NASCAR Rule Book is designed to provide for the orderly conduct of NASCAR-sanctioned Events. Ultimately, the solution for unauthorized or improper officiating lies not in individual challenges seeking to undo what has been done, but rather in pressure brought upon the officials in charge by drivers, owners, fans, and even NASCAR to improve the caliber of Race supervision. It is the responsibility of each Member to address any complaint he/she might have regarding officiating to the NASCAR Vice President of Competition.

It is ultimately the obligation of each participant to ensure that his/her conduct and equipment comply with all applicable NASCAR Rules, as they may be amended from time to time. EXPRESSED OR IMPLIED WARRANTY OF SAFETY SHALL NOT RESULT FROM PUBLICATION OF, OR COMPLIANCE WITH, THESE RULES. They are intended as a guide for the conduct of stock car racing and are in no way a guarantee against injury or death to participants, spectators, or others.

determination even if "EIRI" has not been included in a particular rule, Official Entry Blank, Bulletin or otherwise. Such determinations are reviewable by NASCAR Supervisory Officials as contemplated in sub-section 1-4 above. All such determinations are subject to the finality rule in sub-section 1-5 above.

**1-7    Special Rules** - Special rules may be made by the NASCAR Officials or Supervisory Officials for an Event. Such special rules shall apply to the conduct of that Event if they are published or announced prior to or during the Event by means of a Bulletin, newsletter, fax, electronic or internet posting, or Pre-Race meeting.

## SECTION 2 - MEMBERSHIP

**2-1    Eligibility** - NASCAR may, but is not required to, accept as a NASCAR Member any individual or business entity interested in stock car racing, so long as the individual or entity has properly and truthfully completed and filed a NASCAR membership application, agreed to abide by the NASCAR Rules, paid the fee(s) prescribed for membership, and meets the required qualifications. NASCAR is dedicated to the highest degree of professionalism, sportsmanship and integrity in stock car racing. For that reason, NASCAR may reject the membership application of an otherwise qualified applicant in the interest of stock car racing or NASCAR, in NASCAR's sole discretion. Among other things, participation or involvement by a person or business entity (including, in the case of a business entity, involvement by any stockholder, director, officer, employee, partner or agent thereof) in conduct detrimental to stock car racing or to NASCAR, whether in the course of competition or not, and whether the person or business entity was a Member or applicant at the time of such conduct, may result in rejection of a membership application by NASCAR. Any person or business entity whose membership application has been rejected by NASCAR may appeal the rejection to the National Stock Car Racing Commission.

**2-2    Application Process** - Application forms for a NASCAR membership may be obtained from NASCAR Headquarters. Upon completion, they must be submitted to NASCAR Headquarters, which is the only NASCAR office authorized to approve and issue such memberships. Membership application forms must be fully executed, signed by the applicant, and accompanied by the requisite fee(s). The receipt of a NASCAR membership application form and fee(s) by a NASCAR Official and the depositing of accompanying fee(s) by NASCAR do not constitute the issuance of or approval by NASCAR of such an application for NASCAR membership.

**2-3    Membership Status** - A NASCAR Member, including a Member who has been issued a NASCAR license pursuant to Section 3, is not an agent or employee of NASCAR by virtue of such membership or license. With respect to any NASCAR-related activities in which a Member engages, unless the Member is also an employee of NASCAR, the Member shall act as and be deemed to be either an independent contractor or an employee of a person or entity other than NASCAR, and not an agent or employee of NASCAR. Each such Member, or the Member's employer, is obligated to furnish any tools, supplies or materials necessary to perform the Member's duties. Each such Member shall be responsible for compensating, and shall be responsible for all actions of, their employees or agents. Each such Member assumes all responsibility, either by himself/herself or on behalf of his/her employer, for any charges, record keeping, premiums and taxes, if any, payable on any funds the Member may receive as a result of any activities as a NASCAR Member, including but not limited to, social security taxes, unemployment insurance taxes, workers compensation insurance, income taxes and withholding taxes.

**2-4    Suspension** - NASCAR may suspend a NASCAR membership for a definite or indefinite period of time in the interest of stock car racing or NASCAR, in NASCAR's sole discretion. The affected Member may appeal such a suspension to the National Stock Car Racing Commission. Such Member shall have no right to receive, and NASCAR shall not be obligated to refund, any part or all of the fee(s) previously paid by the Member to NASCAR.

**2-5    Voluntary Termination** - A Member may terminate his/her NASCAR membership at any time by providing a letter of resignation to NASCAR Headquarters. Such Member shall have no right to receive, and NASCAR shall not be obligated to refund, any part or all of the fee(s) previously paid by the Member to NASCAR.

**2-6    Involuntary Termination** - NASCAR may terminate a NASCAR membership at any time in the interest of stock car racing or NASCAR, in NASCAR's sole discretion. Such Member shall have no right to receive, and NASCAR shall not be obligated to refund, any part or all of the fee(s) previously

paid by the Member to NASCAR. Such Member may appeal such a termination to the National Stock Car Racing Commission.

**2-7 Expiration** - a NASCAR membership expires automatically on the last day of the calendar year in which the membership is issued.

**2-8 Ejection** - A NASCAR Supervisory Official may eject a Member from an Event or from the racing premises in an emergency situation, as determined by such Supervisory Official, to promote the orderly conduct of the Event and/or future Events. An ejection is final, non-appealable and non-reviewable except as provided in sub-section 1-4.

**2-9 Membership Required** - Every person or entity who desires to participate in a NASCAR-sanctioned Event as a Competitor, Scorer, Official, Promoter, Manufacturer, Sponsor or Sales Representative, or other position must apply for, receive, and possess a valid, current NASCAR membership.

## SECTION 3 - LICENSES

**3-1 Eligibility** - Any person or entity who is a Member in good standing is eligible to receive a NASCAR license authorizing the Member to participate in a NASCAR-sanctioned Event, if the Member has properly filed a NASCAR license application, agreed to abide by the NASCAR Rules, paid the fee(s) prescribed for the license, and meets the required qualifications for the license set forth in this Section 3 and as may be otherwise required by NASCAR. NASCAR is dedicated to the highest degree of professionalism, sportsmanship and integrity in stock car racing. For that reason, NASCAR may reject any license application of an otherwise qualified applicant in the interest of stock car racing or NASCAR, in NASCAR's sole discretion. Among other things, participation or involvement by a person or business entity (including, in the case of a business entity, involvement by any stockholder, director, officer, employee, partner or agent thereof) in conduct detrimental to stock car racing or to NASCAR, whether in the course of competition or not, and whether the person or business entity was a Member or applicant at the time of such conduct, may result in rejection of a license application by NASCAR. Any person or business entity whose application has been rejected may appeal to the National Stock Car Racing Commission.

**3-2 Licenses Required** - Every NASCAR Member who desires to participate in a NASCAR-sanctioned Event as a Competitor, Scorer, Official, Promoter, Manufacturer, Sponsor or Sales Representative, or other approved position must apply for, receive, and possess a valid, current NASCAR license authorizing participation in that capacity. NASCAR may specify, limit or restrict the types of racing Series, race cars, or race tracks in which a license-holder may participate.

**3-3 Application Process** - Application forms for a NASCAR license may be obtained from NASCAR Headquarters. Upon completion, they must be submitted to NASCAR Headquarters, which is the only NASCAR office authorized to issue such licenses. License application forms must be fully executed, signed by the applicant, and accompanied by the requisite fee. The receipt of a NASCAR license application form and fee by a NASCAR Official does not constitute the issuance of or approval by NASCAR of such an application for a NASCAR license. Applicants will receive a license card from NASCAR Headquarters when their application for a license has been approved.

**3-4 Minors** - If the applicant is a minor under the laws of his/her state of residence, the applicant must also submit, with his/her application, a fully executed and signed Minor's Release. This Minor's Release must be signed by the applicant, as well as the applicant's natural father or mother, or by a court-appointed legal guardian. As with all applications NASCAR may, but is not required to, approve the application of any applicant under 21 years of age.

**3-5 Licenses Non-Transferable** - A NASCAR license is non-transferable and non-assignable. It may be used only by the Member to whom it is issued. Any attempt to transfer, lend, or permit any other person or entity to use it shall result in a penalty imposed on the licensee by NASCAR. IF FOR ANY REASON, WHETHER INTENTIONAL OR UNINTENTIONAL, A LICENSE IS TRANSFERRED, LOANED, OR USED BY ANY OTHER PERSON OR ENTITY, THE ORIGINAL LICENSEE SHALL INDEMNIFY NASCAR AND ALL RELATED PARTIES FOR ANY DAMAGES ARISING IN CONNECTION WITH SUCH TRANSFER, LOAN, OR USE.