# EXHIBIT 6



**CONFIDENTIAL**

September 15, 2008

Aegis Sciences Corporation
515 Great Circle Road
Nashville, TN 37228
Attn: Dr. David L. Black, DABCC, DABFT

Re: Drug Testing and Consultation Services

Ladies and Gentlemen:

This letter (hereinafter, the "Agreement") will serve as the agreement between the National Association for Stock Car Auto Racing, Inc. (hereinafter "NASCAR") and Aegis Sciences Corporation (hereinafter "Aegis"), whereby NASCAR retains Aegis to conduct certain drug-testing and consultation services pursuant to and in accordance with the attached NASCAR Substance Abuse Policy (hereinafter "the Policy"), as it may be amended from time to time, which is incorporated herein and made a part hereof.

Aegis shall be compensated by NASCAR for performing the drug-testing and consultation services, as described in the Policy and as needed, per the following fee schedule:

| Test Code | Description | Fee |
|---|---|---|
|  | **Monthly Program Administration Fee** | ■ |
|  | **Specimen Collection Fees:** |  |
|  | NASCAR Event Forensic Collection (2-50 Specimens Collected Per Day) | ■ |
|  | Single Forensic Collection (Onsite at Talent Hotel/Residence) | ■ |
|  | Single Forensic Collection (Certified Collection Site) | ■ |
|  | International Forensic Collections | ■ |
|  | **Testing Service Fees:** |  |
| #00029 | Zero Tolerance® Comprehensive Sports Profile | ■ |
| #00010 | Comprehensive Anabolic Steroid Profile | ■ |

1801 W. International Speedway Blvd., Daytona Beach, FL 32114
Phone: (386) 253-0611
www.nascar.com

| # | Comprehensive Sports and Anabolic Steroid Profile | ■ |
|---|---|---|
| # | Comprehensive Sports, Anabolic Steroid, and Beta Blocker Profile | ■ |
| #70XXX | Quantitative Confirmation & Normalization of Positive Screens | ■ |
| #50272 | Breath Alcohol Test | ■ |
| #00930 | Blood Alcohol Test | ■ |
| #00181 | Urine Alcohol (ETG) Test | ■ |
| #00741 | Nutritional Supplement Product Testing – Stimulants | ■ |
| #00740 | Nutritional Supplement Product Testing – Steroids | ■ |
| #00720 | Pharmaceutical Testing (Identification and Quantitation) | ■ |
| | Additional Testing Services at Standard Rates. | |
| | **Litigation Support Services** | |
| #50026 | Litigation Support Packet | ■ |
| | Consultation (1/4 hour increments, plus any necessary and reasonable out of pocket expenses directly related to consultation services. | ■ |
| | Off Site Consultation (testimony/expert witness plus related travel expenses. | ■ |

Aegis recognizes that the services provided to NASCAR pursuant to this Agreement are intended to assist NASCAR in the application and implementation of the Policy, and that communications pursuant to this Agreement among Aegis, NASCAR and NASCAR's Medical Review Officer are confidential. Aegis agrees that, unless it receives the prior written consent of NASCAR, it shall hold strictly confidential all information obtained from NASCAR, or its counsel, Baker Botts L.L.P., or NASCAR's Medical Review Officer in the performance of its services. In addition, Aegis agrees that unless it receives the prior written consent of NASCAR, it shall not disclose the existence of this Agreement, the relationship recorded by this Agreement, or any other agreement between Aegis and NASCAR, to any person not affiliated with or employed by NASCAR, Baker Botts L.L.P. or NASCAR's Medical Review Officer; *provided, however,* that if a representative of Aegis is questioned under oath in a legal proceeding, he or she may disclose the fact that Aegis provides drug testing and consultation services to NASCAR without obtaining such prior written consent, so long as no further disclosures are made absent a court order issued after notice to NASCAR and Baker Botts L.L.P., or the written consent of NASCAR and/or Baker Botts L.L.P.

Aegis is an independent contractor providing services to NASCAR, and it agrees to indemnify NASCAR from and against any and all claims arising out of Aegis's services under this Agreement. Throughout the duration of this Agreement, Aegis shall provide broad form commercial general liability insurance inclusive of personal injury and medical/professional

malpractice coverage in the amount of at least $1,000,000.

All communications permitted or required by this Agreement shall be deemed to be properly given if given in writing by first-class mail, postage prepaid, to a representative designated in writing by each party. Unless and until amended, notice shall be provided as follows:

| | |
|---|---|
| If to NASCAR: | NASCAR<br>1801 W. International Speedway Blvd.<br>Daytona Beach, FL 32114-1243<br>Attn: W. Garrett Crotty, Esq. |
| If to Aegis: | Aegis Sciences Corporation<br>515 Great Circle Road<br>Nashville, TN 37228<br>Attn: Dr. David L. Black, DABCC, DABFT |
| If to Baker Botts L.L.P. | Baker Botts L.L.P.<br>The Warner<br>1299 Pennsylvania Avenue, N.W.<br>Washington, DC 20004-2400<br>Attn: John J. Cassidy |

Neither party may assign or transfer any rights, or delegate or transfer any duties, under this Agreement without the other party's written consent. This Agreement may not be amended or modified except by written agreement of the parties.

The term of this Agreement shall be three years beginning on January 1, 2009.
Notwithstanding the foregoing sentence, this Agreement may be terminated by NASCAR at any time for any reason or no reason upon written notice to Aegis. Unless sooner terminated or renewed by written agreement between the parties, this Agreement shall expire on December 31, 2011.

*The Remainder of This Page Left Intentionally Blank*

2. Aegis Sciences Corporation October 29, 2003
ACCEPTED AND AGREED:

NATIONAL ASSOCIATION FOR STOCK CAR AUTO RACING, INC.

By: _____

W. Garrett Crotty
Corporate Counsel


AEGIS SCIENCES CORPORATION

By: _____

Dr. David L. Black, DABCC, DABFT
President

Enclosure

cc: John J. Cassidy, Esq.

Digitally signed by Maureen M. Bannon
DN: CN = Maureen M. Bannon, C = US, O = NASCAR, Inc., OU = Legal Department
Reason: CEO - I attest to the accuracy and integrity of this document and certify that it has been compared and is a true and correct copy of the original executed instrument.
Date: 2008.11.07 14:32:18 -05'00'