IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:09-CV-220-GCM

| | |
|---|---|
| JEREMY A. MAYFIELD, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | |
| ) | ORDER |
| NATIONAL ASSOCIATION FOR STOCK ) | |
| CAR AUTO RACING, INC., et al, ) | |
| ) | |
| Defendants. ) | |

**THIS MATTER** is before the court upon Plaintiff Mayfield's Motion for a Preliminary Injunction. A motion hearing was held July 1, 2009 before the undersigned. For the reasons stated in open court,

**IT IS THEREFORE ORDERED** that the Motion for Preliminary Injunction is **GRANTED.**

Signed: July 7, 2009

Graham C. Mullen
United States District Judge