IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:09-CV-220-GCM

| | |
|---|---|
| JEREMY A. MAYFIELD, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>NATIONAL ASSOCIATION FOR STOCK )<br>CAR AUTO RACING, INC., et al, )<br>)<br>Defendants. ) | ORDER |

**THIS MATTER** is before the court upon Plaintiff Mayfield's Motion for a Preliminary Injunction. A motion hearing was held July 1, 2009 before the undersigned. For the reasons stated in open court,

**IT IS THEREFORE ORDERED** that the Motion for Preliminary Injunction is **GRANTED**.

Signed: July 7, 2009

Graham C. Mullen
United States District Judge