# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION
### 3:09-CV-220-GCM

|  |  |  |
|---|---|---|
| | ) | |
| **JEREMY A. MAYFIELD,** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **ORDER GRANTING** |
| | ) | **ADMISSION PRO HAC VICE** |
| **NATIONAL ASSOCIATION FOR STOCK** | ) | |
| **CAR RACING, INC.,** *et al,* | ) | |
| **Defendants.** | ) | |

      **THIS MATTER IS BEFORE THE COURT** upon the motion of Defendant to allow **Michael M. Merley** to appear *Pro Hac Vice*, dated June 29, 2009 [doc #24].

      Upon careful review and consideration, this Court will grant the Application.

      In accordance with Local Rule 83.1 (B), the Court notes that Mr. Merley has paid the admission fee of Two Hundred Fifty ($250.00) Dollars to the Clerk of Court.

      **IT IS SO ORDERED.**

Signed: July 21, 2009

Graham C. Mullen
United States District Judge