FILED: July 24, 2009

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 09-1759
(3:09-cv-00220-GCM)

_____

JEREMY A. MAYFIELD; MAYFIELD MOTORSPORTS, INCORPORATED,

    Plaintiffs - Appellees

v.

NATIONAL ASSOCIATION FOR STOCK CAR AUTO RACING, INCORPORATED;
BRIAN Z. FRANCE; AEGIS SCIENCES CORPORATION; DAVID LEE BLACK;
DOUGLAS F. AUKERMAN,

    Defendants - Appellants

_____

O R D E R

_____

Upon review of appellants' motion for a stay of the preliminary injunction pending appeal and appellees' response, the Court grants the motion for stay pending appeal.

Entered at the direction of Judge Gregory with the concurrence of Judge Motz and Judge Shedd.

                            For the Court

                            /s/ Patricia S. Connor, Clerk