IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:09-CV-220-GCM

| | |
|---|---|
| JEREMY A. MAYFIELD, )<br>        Plaintiff, )<br>v. )<br>)<br>NATIONAL ASSOCIATION FOR STOCK )<br>CAR AUTO RACING, INC., *et al*, )<br>        Defendants. )<br>) | ORDER GRANTING<br>ADMISSION PRO HAC VICE |

**THIS MATTER** is before the Court upon the motion of Plaintiff to allow **Daniel Marino** to appear *Pro Hac Vice*, dated October 6, 2009 [doc. #58].

Upon careful review and consideration, this Court will grant the Application.

In accordance with Local Rule 83.1 (E), the Court notes that Mr. Marino has paid the admission fee of Two Hundred Fifty ($250.00) Dollars to the Clerk of Court.

**IT IS SO ORDERED.**

Signed: October 8, 2009

Graham C. Mullen
United States District Judge