FILED
CHARLOTTE, NC

NOV 2 3 2009

U.S. DISTRICT COURT
WESTERN DISTRICT OF NC

**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION**

| | |
|---|---|
| JEREMY ALLEN MAYFIELD and MAYFIELD MOTORSPORTS, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> NATIONAL ASSOCIATION FOR STOCK CAR AUTO RACING, INC.; BRIAN ZACHARY FRANCE; AEGIS SCIENCES CORPORATION; DAVID LEE BLACK, Ph.D; and DOUGLAS F. AUKERMAN, M.D., <br><br> Defendants. | Hon. Graham C. Mullen <br> Case No. 3:09-cv-00220-GCM <br><br><br> **CONSENT ORDER VACATING PRELIMINARY INJUNCTION** |

This matter comes before the Court upon the remand from the Court of Appeals in Case No. 09-1759, upon motion for limited remand by Plaintiffs-Appellees.

Plaintiffs and Defendants consent to the entry of this Order vacating the Preliminary Injunction in its entirety.

For these reasons, **IT IS HEREBY ORDERED** that the Order entered on July 7, 2009, granting the Preliminary Injunction (Doc. 36) is VACATED in its entirety.

SIGNED this 23 day of Nov , 2009

Graham C. Mullen
United States District Judge

1

So Stipulated:

_Helen Maher_  by JFW
Helen M. Maher
BOIES, SCHILLER & FLEXNER LLP
333 Main Street
Armonk, New York 10504

*Attorneys for Defendants National Association*
*for Stock Car Auto Racing, Inc., and Brian Z. France*


_James F. Wyatt III_
James F. Wyatt III
Robert A. Blake, Jr.
WYATT & BLAKE, L.L.P.
435 East Morehead Street
Charlotte, North Carolina 28202
Tel.: (704) 331-0767
Fax: (704) 331-0773
jwyatt@wyattlaw.net
rblake@wyattlaw.net

*Attorneys for Defendants National Association for*
*Stock Car Auto Racing, Inc., Brian Z. France, Aegis*
*Sciences Corporation, David L. Black, and Douglas*
*F. Aukerman*

_Daniel Marino_
Daniel Marino
LUQUE GERAGOS MARINO LLP
910 17th Street, N.W., Suite 800
Washington, D.C. 20006

*Attorneys for Plaintiffs Jeremy Mayfield and*
*Mayfield Motorsports, Inc.*

Case 3:09-cv-00220-GCM   Document 74   Filed 11/23/09   Page 2 of 2