FILED
CHARLOTTE, NC
NOV 2 3 2009
U.S. DISTRICT COURT
WESTERN DISTRICT OF NC

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| JEREMY ALLEN MAYFIELD and MAYFIELD MOTORSPORTS, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> NATIONAL ASSOCIATION FOR STOCK CAR AUTO RACING, INC.; BRIAN ZACHARY FRANCE; AEGIS SCIENCES CORPORATION; DAVID LEE BLACK, Ph.D; and DOUGLAS F. AUKERMAN, M.D., <br><br> Defendants. | Hon. Graham C. Mullen <br> Case No. 3:09-cv-00220-GCM <br><br> **CONSENT ORDER VACATING PRELIMINARY INJUNCTION** |

This matter comes before the Court upon the remand from the Court of Appeals in Case No. 09-1759, upon motion for limited remand by Plaintiffs-Appellees.

Plaintiffs and Defendants consent to the entry of this Order vacating the Preliminary Injunction in its entirety.

For these reasons, **IT IS HEREBY ORDERED** that the Order entered on July 7, 2009, granting the Preliminary Injunction (Doc. 36) is VACATED in its entirety.

SIGNED this 23 day of Nov, 2009

Graham C. Mullen
United States District Judge

1

So Stipulated:

*Helen Maher* by JFW
Helen M. Maher
BOIES, SCHILLER & FLEXNER LLP
333 Main Street
Armonk, New York 10504

*Attorneys for Defendants National Association
for Stock Car Auto Racing, Inc., and Brian Z. France*


*James F. Wyatt III*
James F. Wyatt III
Robert A. Blake, Jr.
WYATT & BLAKE, L.L.P.
435 East Morehead Street
Charlotte, North Carolina 28202
Tel.: (704) 331-0767
Fax: (704) 331-0773
jwyatt@wyattlaw.net
rblake@wyattlaw.net

*Attorneys for Defendants National Association for
Stock Car Auto Racing, Inc., Brian Z. France, Aegis
Sciences Corporation, David L. Black, and Douglas
F. Aukerman*

*Daniel Marino*
Daniel Marino
LUQUE GERAGOS MARINO LLP
910 17th Street, N.W., Suite 800
Washington, D.C. 20006

*Attorneys for Plaintiffs Jeremy Mayfield and
Mayfield Motorsports, Inc.*

2