IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:09-CV-220-MU

JEREMY ALLEN MAYFIELD and          )
MAYFIELD MOTORSPORTS, INC.,        )
                 Plaintiffs,        )
                                 )
      vs.                          )          ORDER
                                 )
NATIONAL ASSOCIATION FOR STOCK )
CAR AUTO RACING, INC., et al,      )
                                 )
             Defendants.          )
_____ )

      **THIS MATTER** is before this Court on its own motion.  The parties are ordered to

appear for a hearing on January 25, 2010, at 2:00 pm in Courtroom #3.  At the hearing, the

parties will update the court as to the status of discovery and pending motions, and discuss the

issue of subject matter jurisdiction raised by the Plaintiffs.  The parties are also put on notice

that the court will likely hold an additional hearing dedicated solely to the issue of Brian

France's citizenship and subject matter jurisdiction.


                                       Signed: December 7, 2009

                                        Graham C. Mullen
                                        United States District Judge