# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# 3:09-CV-00220-GCM

| | |
|---|---|
| **Mayfield, et al.**, ) | |
| ) | |
| **Plaintiff(s)**, ) | |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| **National Association for Stock** ) | |
| **Car Auto Racing, et al.** ) | |
| ) | |
| **Defendant(s).** ) | |
| _____ ) | |

THIS MATTER is before the court based upon correspondence from the parties indicating continued controversy regarding discovery submitted to this Court on December 22, 2009. Therefore, the parties, exhibiting a need for adult supervision, are ordered to appear for a status/ discovery scheduling conference on January 7, 2010 at 3:00 P.M.

IT IS THEREFORE ORDERED that the parties appear before the Court on January 7, 2010 at 3:00 P.M. in Courtroom 3 of the Charles R. Jonas Federal Building at 401 W. Trade Street, Charlotte, NC 28202 for the conduct of such hearing.

So ordered.

Signed: December 23, 2009

Graham C. Mullen
United States District Judge