IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:09-CV-220-MU

JEREMY ALLEN MAYFIELD and )
MAYFIELD MOTORSPORTS, INC., )
    Plaintiffs, )
     )
vs. ) ORDER
     )
NATIONAL ASSOCIATION FOR STOCK )
CAR AUTO RACING, INC., et al, )
     )
    Defendants. )

**THIS MATTER** is before this Court on its own motion. The parties are ordered to appear for an evidentiary hearing on February 4, 2010, at 10:00 am in Courtroom #3. At the hearing, the parties will examine Megan France, Brian France, and Amy France on the issue of Brain France's state citizenship and residence. After the hearing, the parties can each submit a memorandum of law on the issue of subject matter jurisdiction.

It is so ordered.

Signed: January 20, 2010

Graham C. Mullen
United States District Judge