IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:09-CV-220-MU

| | |
|---|---|
| JEREMY ALLEN MAYFIELD and ) <br> MAYFIELD MOTORSPORTS, INC., ) <br>       Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> NATIONAL ASSOCIATION FOR STOCK ) <br> CAR AUTO RACING, INC., et al, ) <br> ) <br>       Defendants. ) <br> _____ ) | ORDER |

**THIS MATTER** is before the Court upon Defendant's request to clarify the Court's previous order, Docket # 110. The parties are ordered to appear for an evidentiary hearing on February 4, 2010, at 10:00 am in Courtroom #3. At the hearing, the parties will examine Megan France, Brian France, and Amy France on the issue of Brain France's state citizenship and residence. After the hearing, the parties have 14 days to submit a memorandum of law on the issue of Mr. France's citizenship and subject matter jurisdiction. The Court does not envision that the parties will file cross motions. The aforementioned memoranda will be the parties' opportunity to be heard on the issue.

     It is so ordered.

Signed: January 22, 2010

Graham C. Mullen
United States District Judge