IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:09-CV-220-MU

JEREMY ALLEN MAYFIELD and )
MAYFIELD MOTORSPORTS, INC., )
      Plaintiffs, )
       )
vs. ) ORDER
       )
NATIONAL ASSOCIATION FOR STOCK )
CAR AUTO RACING, INC., et al, )
       )
      Defendants. )
_____ )

**THIS MATTER** is before the Court on correspondence submitted by both parties in which they ask leave for further briefing regarding Plaintiffs' Motion to Quash Subpoena Duces Tecum served on third-party Talbott Recovery (Doc. 106). Plaintiffs' brief is due by February 17, 2010, and Defendants have 10 days to respond after filing of the brief. Plaintiffs cannot reply.

So ordered.

Signed: January 28, 2010

Graham C. Mullen
United States District Judge