IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:09-CV-220-MU

| | |
|---|---|
| JEREMY ALLEN MAYFIELD and ) | |
| MAYFIELD MOTORSPORTS, INC., ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| NATIONAL ASSOCIATION FOR STOCK ) | |
| CAR AUTO RACING, INC., et al, ) | |
| ) | |
| Defendants. ) | |

**THIS MATTER** is before this Court on its own motion. On this day, February 8, 2010, and pursuant to the Court's order, counsel for Brian France submitted the following documents:

- Summons and Complaint filed 9/11/08 in File No. 08-CVD-20661;

- Complaint filed 12/31/08 in File No. 08-CVS-28389 (with Exhibits);

- Answer, Affirmative Defenses, Counterclaims and Motion for Mandatory Injunctive Relief filed 3/5/09 in File No. 08-CVS-28389;

- Motion to Strike and Reply files June 15, 2009 in File No. 08-CVS-28389; and

- Motion for Appointment of Parenting Coordinator filed in File No. 08-CVS-28389.

The Court has reviewed the documents *in camera* and determined that the Court need not take further action.

Signed: February 8, 2010

Graham C. Mullen
United States District Judge