UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| JEREMY ALLEN MAYFIELD and MAYFIELD MOTORSPORTS, INC.,<br><br>Plaintiffs,<br><br>vs.<br><br>NATIONAL ASSOCIATION FOR STOCK CAR AUTO RACING, INC.; BRIAN ZACHARY FRANCE; AEGIS SCIENCES CORPORATION; DAVID LEE BLACK, Ph.D.; and DOUGLAS F. AUKERMAN, M.D.,<br><br>Defendants. | Hon. Graham C. Mullen<br>Case No. 3:09-cv-00220 |

## ORDER

This Matter is before the Court upon Defendant NASCAR's Motion to Voluntarily Dismiss its Counterclaims.

The Court has been apprised of the Motion, and it is hereby **ORDERED** that Plaintiffs must file a response to the Motion, if any, on or before September 28, 2010. The Court will thereafter rule on the Defendant's Motion.

Signed: September 23, 2010

Judge Graham C. Mullen
United States District Judge