# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Jeremy A. Mayfield, et al,

    Plaintiff(s),

vs.

National Association for
Stock Car Auto Racing, Inc., et al,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

3:09-cv-220

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's September 29, 2010 Order.

Signed: September 29, 2010

Frank G. Johns, Clerk
United States District Court